# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

SARAH D. SOARES; HERMAN S.
SOARES; and MARY PAUL SOARES                                              PLAINTIFFS

v.                                                                CAUSE NO. 1:18cv276-LG-RHW

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and DOE
DEFENDANTS 1-6                                                            DEFENDANTS

## FINAL JUDGMENT OF DISMISSAL

In accordance with the Court's Memorandum Opinion and Order entered herewith dismissing with prejudice Plaintiffs Sarah D. Soares, Herman S. Soares, and Mary Paul Soares' claims against Defendant State Farm Mutual Automobile Insurance Company,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the defendant. Plaintiffs' claims are **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 27th day of June, 2019.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE